# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: July 14, 2021

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

     Plaintiff       **SCHEDULING ORDER**

 -against- 

                7:21-cr-00422 (UA)

Moody, et al.,
     Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a arraignment on an indictment for 7/20/2021 at 3:00 pm before Magistrate Judge Paul E. Davison. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

 Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website at:
 https://nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

Dated: July 14, 2021
    White Plains, New York

                SO ORDERED:

                s/  PED
                _____
                PAUL E. DAVISON
                United States Magistrate Judge