UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
      United States of America,

                                                                             NOTICE RE: CHANGE OF
                                                                             TIME OF CONFERENCE

            -against-

                                                                               7:21-CR-00422 (CS)


      Nichols, et al.,
                            Defendant(s).
------------------------------------------------------------X


The Status Conference previously scheduled before this Court for **November 3, 2021 at 3:45 p.m.** will be held at **9:15 a.m.** (same date) at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.


                                                          /s/ Walter Clark, Courtroom Deputy

Dated:   October 22, 2021
            White Plains, New York